## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

MARISA BAXTER

      Plaintiff,

v.

GE CAPITAL RETAIL BANK

      Defendant.

---

### DEFENDANT GE CAPITAL RETAIL BANK'S
### NOTICE OF REMOVAL

---

**TO:   HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Defendant GE Capital Retail Bank, pursuant to 28 U.S.C. §§ 1441, *et seq.* and 1446 (a), files this Notice of Removal of the above-styled case from the District Court, Weld County, State of Colorado to the United Stated District Court for the District of Colorado, and respectfully submits the following:

### 1.    INTRODUCTION

1.    Plaintiff Marisa Baxter filed her Complaint and Jury Demand on January 23, 2012 in the Weld County District Court, State of Colorado.  Plaintiff alleges one cause of action in her Complaint: Violation of 47 U.S.C. § 227(b)(A)(iii), otherwise known as the

Telephone Consumer Protection Act. *See generally,* Plaintiff's Complaint and Jury Demand, attached hereto as part of **Exhibit A**.

2.      Defendant GE Capital Retail Bank was purportedly served on March 6, 2012. *See* Affidavit of Service, attached hereto as part of **Exhibit A**. Therefore, the time has not yet elapsed within which the Defendant is permitted to file its Removal, and notice is filed in a timely manner. *See* 28 U.S.C. § 1446(b).

3.      A District Court has original jurisdiction over cases "arising under" federal law pursuant to 28 U.S.C. § 1331. Thus, the District Court of Colorado has jurisdiction over this action under 28 U.S.C. § 1331, as Plaintiff's sole cause of action arises under the Telephone Consumer Protection Act.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed with the Weld County District Court are appended to this Notice as **Exhibit A**.

5.      Venue is proper in this District under 28 U.S.C. § 1446(a) because this District embraces the place which the removed action is pending.

6.      Written notice of the filing of the Notice of Removal will be promptly served on Plaintiff's counsel and a copy will be filed promptly with the District Court Clerk for Weld County, Colorado pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of this Notice of Removal to Federal Court is attached hereto as **Exhibit B**.

2

7.    Pursuant to D.C.Colo.LCivR 8.1, there are no pending hearings before the Weld County District Court

## II.    FEDERAL QUESTION JURISDICTION EXISTS

8.    The United States Supreme Court very recently addressed the specific question of whether District Courts have jurisdiction over private rights of action found within the Telephone Consumer Protection Act.  *See* Mims v. Arrow Financial Services, LLC, 132 S.Ct. 740 (2012).   More specifically, the Court addressed the question of whether Congress' provision for private action to enforce the Telephone Consumer Protection Action renders state court the exclusive arbiters of such action.  The Court held that federal and state court have concurrent jurisdiction over private suits arising under the Telephone Consumer Protection Act because when federal law creates a private right of action and furnishes the substantive rules of decision, the claim arises under federal law, and district court possess federal-question jurisdiction under § 1331.  *See* Id. at 749.

9.    In light of the Mims decision, specifically finding federal question jurisdiction over claims arising under the Telephone Consumer Protection Act, this action is properly removable to this Court.

WHEREFORE, Defendant GE Capital Retail Bank hereby removes the State Court action pending as Civil Action No. 2012CV54 in the Weld County District Court, State of Colorado to the United States District Court for the District of Colorado.

Respectfully submitted this 21st day of March, 2012.

MARKUSSON, GREEN & JARVIS, P.C.

*s/ H. Keith Jarvis*

By:_____

     H. Keith Jarvis, Esq.
     John T. Mauro, Esq.
     950 17th Street, Suite 1050
     Denver, CO 80202
     (303) 572-4200
     jarvis@mgjlaw.com
     mauro@mgjlaw.com

ATTORNEYS FOR GE CAPITAL RETAIL BANK

## CERTIFICATE OF SERVICE

I hereby certify that on 21st of March, 2012, a true and correct copy of the foregoing **DEFENDANT GE CAPITAL RETAIL BANK'S NOTICE OF REMOVAL** was served via U.S. Mail or CM/ECF court filing system upon the following:

| | |
|---|---|
| Tracey N. Tiedman, Esq. <br> Weisberg & Meyers, LLC <br> 6363 S. Holland Street <br> Littleton, CO 80123 <br><br> *Attorney for Plaintiff* | |

s/ Linda Evans

_Linda Evans_

## <u>INDEX OF DOCUMENTS ATTACHED AS EXHIBITS TO DEFENDANT GE CAPITAL RETAIL BANK'S NOTICE OF REMOVAL</u>

**A-1:**   District Court Civil Summons

**A-2:**   District Court Civil   (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint

**A-3:**   Complaint and Jury Demand

**A-4:**   Initial Case Management Order

**A-5:**   Affidavit of Service

**A-6:**   Entry of Appearance

**B:**   Defendant GE Capital Retail Bank's Notice of Filing of Notice of Removal to Federal Court