| | |
|---|---|
| District Court, Weld County, Colorado<br>Court Address: 901 9th Ave<br>P.O. Box 2038 (80632)<br>Greeley CO 80631 | EFILED Document – District Court<br>2012cv54<br>CO Weld County District Court 19th JD<br>Filing Date: Jan 23 2012 3:36PM MST<br>Filing ID: 42078608 |
| **Plaintiff:**<br><br>**Marisa Baxter**<br><br>vs.<br><br>**Defendant:**<br><br>**GE Capital Retail Bank** | **COURT USE ONLY**<br><br>Case Number:<br><br>Division: |
| Tracey N. Tiedman #22326<br>WEISBERG & MEYERS, LLC<br>5363 S. Holland St.<br>Littleton, CO 80123<br>888-595-9111 ext. 215<br>866-565-1327 facsimile<br>ttiedman@AttorneysforConsumers.com<br>Attorney for Plaintiff | |
| **DISTRICT COURT CIVIL SUMMONS** ||

TO THE ABOVE NAMED DEFENDANT: GE Capital Retail Bank, 170 West Election Road, Suite 125, Draper, Utah 84020.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached **COMPLAINT** within twenty one (21) days after this summons is served on you in the State of Colorado, or within thirty five (35) days after this summons is served on you outside the State of Colorado. Your answer or counterclaim must be accompanied by the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint, without further notice to you.

1



EXHIBIT A-1

The following documents are also served with this summons: **District Court Civil Case Cover Sheet; Complaint.**

DATED: January 23, 2012.

*[signature]*
Tracey N. Tiedman #22326
WEISBERG & MEYERS, LLC
5363 S. Holland St.
Littleton, CO 80123
888-595-9111 ext. 215
866-565-1327 facsimile
ttiedman@AttorneysforConsumers.com
Attorney for Plaintiff

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**