| | |
|---|---|
| District Court,  Weld County, Colorado<br><br>Court Address: 901 9th Ave<br>      P.O. Box 2038 (80632)<br>      Greeley, CO 80631<br><br>_____<br><br>**Plaintiff:**<br><br>**Marisa Baxter**<br><br>vs.<br><br>**Defendant:**<br><br>**GE Capital Retail Bank**<br>_____<br>Tracey N. Tiedman #22326<br>WEISBERG & MEYERS, LLC<br>5363 S. Holland St.<br>Littleton, CO  80123<br>888-595-9111 ext. 215<br>866-565-1327 facsimile<br>ttiedman@AttorneysforConsumers.com<br>Attorney for Plaintiff | EFILED Document – District Court<br>2012cv54<br>CO Weld County District Court 19th JD<br>Filing Date: Jan 23 2012  3:36PM MST<br>Filing ID: 42078608<br><br><br>**COURT USE ONLY**<br><br><br>Case Number:<br><br><br>Division: |

| **COMPLAINT AND JURY DEMAND** |
|---|

## NATURE OF ACTION

1.  This is an action brought under the federal Telephone Consumer Protection Act

("TCPA"), 47 U.S.C. § 227.

## JURISDICTION

2.  This Court has jurisdiction under 47 U.S.C. § 227(b)(3).

## PARTIES

3.  Plaintiff, Marisa Baxter ("Plaintiff"), is a natural person who at all relevant times

resided in the State of Colorado, County of Weld, and City of Longmont.

4.  Defendant,  GE  Capital  Retail  Bank  ("Defendant"),  is  a  corporation  that

1



previously operated under the name GE Money Bank.  Upon information and belief, Defendant

is incorporated in the States of Ohio and Washington.

## FACTUAL ALLEGATIONS

5.     In connection with the collection of an alleged debt in default, Plaintiff sent

Defendant a written cease and desist letter, dated September 12, 2011, via certified mail, that

stated, in relevant part, as follows:

> "I demand that you cease and desist from any further attempt to contact
> me by telephone. All future correspondence is requested to be in writing."

*See* letter from Plaintiff to Defendant, dated September 12, 2011, attached hereto as Exhibit "A."

6.     Defendant signed for and received said cease and desist letter on September 16,

2011. *See* Certified Mail Receipt, attached hereto as Exhibit "B."

7.     Despite receipt of Plaintiff's written demand to cease all telephonic

communication, Defendant placed non-emergency calls to Plaintiff's cellular telephone, without

the prior express consent of Plaintiff (such consent, if it existed, having been expressly revoked

by written notice from Plaintiff on September 12, 2011), using an automatic telephone dialing

system and/or an artificial or prerecorded voice, on numerous occasions, including but not

limited to, the following dates and times:

- September 17, 2011 at 9:28 A.M.

- September 17, 2011 at 12:23 P.M.

- September 17, 2011 at 6:07 P.M.

- September 19, 2011 at 9:38 A.M.

- September 19, 2011 at 1:54 P.M.

- September 19, 2011 at 2:32 P.M.

- September 20, 2011 at 12:13 P.M.

- September 20, 2011 at 4:33 P.M.

- September 20, 2011 at 6:58 P.M.

- September 20, 2011 at 8:18 P.M.

- September 20, 2011 at 8:31 P.M.

8.  Upon information and belief, Defendant willfully and knowingly placed multiple non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system and/or an artificial or pre-recorded voice, in addition to the eleven (11) above-referenced calls enumerated above.

**COUNT I**
**VIOLATION OF 47 U.S.C. § 227(b)(1)(A)(iii)**

9.  Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 8.

10.  47 U.S.C. § 227(b)(1)(A)(iii) provides:

(b) Restrictions on use of automated telephone equipment

(1) Prohibitions

It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

\* \* \*

(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

11.     Defendant violated 47 U.S.C. 227(b)(1)(A)(iii) by willfully and knowingly utilizing an automatic telephone dialing system and/or an artificial or pre-recorded voice, to make and/or place a non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a)  Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b)  Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(B), in the amount of $500.00 per violation;

c)  Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3), in the amount of $1,500.00 per violation;

d)  Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e)  Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

f)  Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

## TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 23rd day of January, 2012.

/s/Tracey N. Tiedman
Tracey N. Tiedman #22326
WEISBERG & MEYERS, LLC
5363 S. Holland St.
Littleton, CO  80123
888-595-9111 ext. 215
866-565-1327 facsimile
ttiedman@AttorneysforConsumers.com
Attorney for Plaintiff

4

# Exhibit "A"

EFILED Document – District Court
2012cv54
CO Weld County District Court 19th JD
Filing Date: Jan 23 2012  3:36PM MST
Filing ID: 42078608

September 12, 2011

Marisa Baxter
1744 Montgomery Cir
Longmont, CO 80504

Chevron
Attn: GE Money Bank
PO Box 965016
Orlando, FL 32896-5016

This letter comes in response to your repeated and harassing calls to contact me regarding an alleged debt, account number 7061 5910 5573 0856.  I have received some of these calls after 9 pm, which is in violation of the FDCPA.

I demand that you cease and desist from any further attempt to contact me by telephone.  All future correspondence is requested to be in writing.

Please be aware that I will continue to document all attempts to communicate with me with respect to the alleged debt, and that any further such attempts will constitute a violation of the FDCPA.  I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the national Better Business Bureau.

Marisa Baxter

# Exhibit "B"

EFILED Document – District Court
2012cv54
CO Weld County District Court 19th JD
Filing Date: Jan 23 2012  3:36PM MST
Filing ID: 42078608



