# AFFIDAVIT OF SERVICE

State of COLORADO     County of WELD     19th Jd, District Court

Case Number: 2012 CV54

Plaintiff:
MARISA BAXTER
vs.
Defendant:
GE CAPITAL RETAIL BANK

EFILED Document – District Court
2012cv54
CO Weld County District Court 19th JD
Filing Date: Mar 14 2012 6:01PM MDT
Filing ID: 43097583

Received by Pronto Process - Austin on the 5th day of March, 2012 at 9:13 am to be served on GE CAPITAL RETAIL BANK, 170 WEST ELECTION ROAD, SUITE 125, DRAPER, UT 84020. I, Charles Reardon, being duly sworn, depose and say that on the 06 day of March, 2012 at 01:50 pm., executed service by delivering a true copy of the SUMMONS, COMPLAINT, AND INITIAL CASE MANAGEMENT ORDER in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving Susan Griffiths as Administration.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I am a private process server authorized by local jurisdiction to serve process. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the 07 day of March, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JUDY A. REARDON
Notary Public - State of Utah
Comm. Exp. 04/08/2014
Commission # 582336

PROCESS SERVER # 100876
Appointed in accordance with State Statutes

Pronto Process - Austin
106 E. 6th Street
Suite 800
Austin, TX 78701
(512) 472-8777
Our Job Serial Number: 2012000405

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

EXHIBIT A-5