IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00709-PAB-CBS

MARISA BAXTER

    Plaintiff,

v.

GE CAPITAL RETAIL BANK

    Defendant.

## DEFENDANT'S FIRST AMENDED ANSWER AND JURY DEMAND

COMES NOW, the Defendant GE Capital Retail Bank, by and through its attorneys, Markusson, Green & Jarvis, P.C. and answer Plaintiff's Complaint and Jury Demand as follows:

### NATURE OF ACTION

1. Defendant GE Capital Retail Bank (hereinafter "GE") affirmatively states Paragraph 1 contains no factual allegations and thus no response is required. To the extent a response is necessary, Defendant GE denies the allegations contained in Paragraph 1.

## JURISDICTION

2.  Defendant GE admits that the Weld County District Court has concurrent jurisdiction over this matter, but affirmatively states that under <u>Mims v. Arrow Fin. Serv.'s, LLC</u>, 132 S.Ct 740 (2012), jurisdiction in this Court is proper.

## PARTIES

3.  Defendant GE is without sufficient information to either admit or deny the allegations contained in Paragraph 3 and therefore denies the same.

4.  Defendant GE admits its former name was GE Money Bank.  Defendant GE denies the remaining allegations contained in Paragraph 4.

## FACTUAL ALLEGATIONS

5.  Defendant GE affirmatively states that Exhibit A to Plaintiff's Complaint and Jury Demand speaks for itself.  To the extent a response is necessary, Defendant GE denies the allegations contained in Paragraph 5.

6.  Defendant GE affirmatively states that Exhibit B to Plaintiff's Complaint and Jury Demand speaks for itself.  To the extent a response is necessary, Defendant GE denies the allegations contained in Paragraph 6.

7.  Defendant GE is without sufficient information to either admit or deny the allegations contained in Paragraph 7 and therefore denies the same.

8.  Defendant GE is without sufficient information to either admit or deny the allegations contained in Paragraph 8 and therefore denies the same.

## COUNT I
### Violation of 47 U.S.C. § 227(b)(1)(A)(iii)

9. Defendant GE incorporates its responses to the preceding paragraphs as if such responses were set forth in full herein.

10. Defendant GE affirmatively states Paragraph 10 contains a recitation of law, not factual allegations and therefore no response is required. To the extent a response is necessary, Defendant GE denies the allegations contained in Paragraph 10.

11. Defendant GE denies the allegations contained in Paragraph 11.

## GENERAL DEFENSE

**DEFENDANT GE DENIES ALL ALLEGATIONS NOT EXPRESSLY ADMITTED.**

## AFFIRMATIVE DEFENSES

A. Plaintiff's claims for relief against this Defendant are barred by the applicable statute of limitations.

B. Plaintiff's claims for relief against this Defendant are barred by the doctrines of waiver, laches, estoppel, other equitable doctrines and/or other applicable state or federal law that would preclude or limit Plaintiff's recovery.

C. Plaintiff's Complaint fails to state a claim for which relief may be granted.

D. Plaintiff's right of recovery, if any, against Defendant may be barred or diminished by their comparative negligence under C.R.S. § 13-21-406.

E. Plaintiff's claims are barred by the operation of a contract implied in fact or in law that permitted Defendant to contact Plaintiff on her cell phone.

**DEFENDANT GE DEMANDS A TRIAL BY JURY FOR ALL ISSUES SO TRIABLE HEREIN.**

**WHEREFORE**, Defendant GE Capital Retail Bank respectfully request this Court dismiss Plaintiff's Complaint and Jury Demand against it in its entirety with prejudice, award it reasonable attorneys' fees and costs and for such further relief as this Court deems just and proper.

Dated this 4th day of April, 2012.

Respectfully submitted,

*s/H. Keith Jarvis*
H. Keith Jarvis, #13593
John T. Mauro, #33562
MARKUSSON, GREEN & JARVIS, P.C.
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303) 572-4200
Fax: (303) 595-3780
E-mails: jarvis@mgjlaw.com
         mauro@mgjlaw.com

*ATTORNEY FOR GE CAPITAL RETAIL BANK*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2012, a true and correct copy of the foregoing **DEFENDANT'S FIRST AMENDED ANSWER AND JURY DEMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tracy N. Tiedman, Esq.
Craig J. Ehrlich, Esq.
WEISBERG & MEYERS, LLC
5363 S. Holland Street
Littleton, CO 80123
*Attorney for Plaintiff*

s/Linda Evans
Linda Evans
Legal Assistant
Markusson, Green & Jarvis, P.C.
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303) 572-4200
Fax: (303) 595-3780
E-mail: evans@mgjlaw.com