IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00709-PAB-CBS

MARISA BAXTER

    Plaintiff,

v.

GE CAPITAL RETAIL BANK

    Defendant.

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68

TO:    Tracy N. Tiedman, Esq.
        Craig J. Erhlich, Esq.
        Weisberg & Meyers, LLC
        5363 S. Holland Street
        Littleton, Colorado 80123
        *Attorneys for Plaintiff Marisa Baxter*

Defendant G.E. Capital Retail Bank ("GECRB") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

A judgment in favor of Plaintiff Marisa Baxter and against Defendant GECRB in the sum of $4,000.00, less the amount of costs accrued in favor of the Plaintiff, with the result that the total judgment amount, including all recoverable costs, which GECRB shall be obligated to pay shall be $4,000.00. This shall be the total amount to be paid by GECRB on account of any liability claimed in this action. This offer of judgment is

intended to resolve all of Plaintiff's claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses, costs of suit and any other amounts otherwise receivable in this action by Plaintiff.

If Plaintiff does not accept this offer, she may become obligated to pay GECRB's costs incurred after the making of this offer.  To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is neither an admission of liability by GECRB, nor an admission that Plaintiff has suffered any damages, but rather is made solely for the purpose of compromising a disputed claim.

Dated this 21st day of May, 2012.

By: s/ H. Keith Jarvis
H. Keith Jarvis, #13593
John T. Mauro, #33562
MARKUSSON, GREEN & JARVIS, P.C.
950 17th Street, Ste. 1050
Denver, CO 80202
Telephone: (303) 572-4200
Fax:  (303) 595-3780
E-mails:  jarvis@mgjlaw.com
           mauro@mgjlaw.com

*Attorneys for GE Capital Retail Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2012, a true and correct copy of the foregoing **DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68** was served via email only to the following:

Tracy N. Tiedman, Esq.
Craig J. Ehrlich, Esq.
WEISBERG & MEYERS, LLC
5363 S. Holland Street
Littleton, CO 80123
*Attorneys for Plaintiff*

s/Linda Evans
Linda Evans
Legal Assistant
Markusson, Green & Jarvis, P.C.
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303) 572-4200
Fax: (303) 595-3780
E-mail: evans@mgjlaw.com

3