IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00709-PAB-CBS

MARISA BAXTER

    Plaintiff,

v.

GE CAPITAL RETAIL BANK

    Defendant.

---

**NOTICE OF SETTLEMENT BY DEFENDANT GE CAPITAL RETAIL BANK**

---

COMES NOW, Defendant, GE Capital Retail Bank, by and through its counsel, Markusson, Green & Jarvis, P.C., and submits the following Notice of Settlement:

1. Marisa Baxter and GE Capital Retail Bank have reached a settlement of all claims that Plaintiff Marisa Baxter has, had, or may have against Defendant GE Capital Retail Bank relating to the matters asserted in this lawsuit.

2. Plaintiff Marisa Baxter and Defendant GE Capital Retail Bank are in the process of reducing their settlement agreement to writing. They anticipate filing a Stipulation for Dismissal with Prejudice with the Court shortly.

3. In light of the above, the parties have agreed to forego responding to any written discovery currently pending.

Dated this 27th day of June, 2012.

> By: s/ *John T. Mauro*
> H. Keith Jarvis, #13593
> John T. Mauro, #33562
> MARKUSSON, GREEN & JARVIS, P.C.
> 950 17th Street, Ste. 1050
> Denver, CO 80202
> Telephone: (303) 572-4200
> Fax: (303) 595-3780
> E-mails: jarvis@mgjlaw.com
> mauro@mgjlaw.com
> *Attorneys for GE Capital Retail Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2012, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BY DEFENDANT GE CAPITAL RETAIL BANK** was served to the following via email:

Tracy N. Tiedman, Esq.
Craig J. Ehrlich, Esq.
WEISBERG & MEYERS, LLC
5363 S. Holland Street
Littleton, CO 80123
*Attorneys for Plaintiff*

*s/Linda Evans*
Linda Evans
Legal Assistant
Markusson, Green & Jarvis, P.C.
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303) 572-4200
Fax: (303) 595-3780
E-mail: evans@mgjlaw.com