**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:12-cv-00709-PAB-CBS**

Marisa Baxter,
    Plaintiff

v.

GE Capital Retail Bank,
    Defendant

_____

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Date: July 20, 2012

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Craig J. Ehrlich | s/ Keith H. Jarvis |
| Weisberg & Meyers, LLC | Markusson, Green & Jarvis, P.C. |

## CERTIFICATE OF SERVICE

I certify that on July 20, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 20th day of July, 2012.

H. Keith Jarvis
Markusson, Green & Jarvis, P.C.
950 17th Street
Suite 1050
Denver CO 80202


By: s/Tremain Davis
      Tremain Davis